UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| LESLEY M. FIX,<br><br>                   Plaintiff,<br><br>vs.<br><br>THE HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY,<br><br>                   Defendant. | Case No. CV-16-041-M-DLC<br><br>JUDGMENT IN A CIVIL CASE |

      **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

** X **     **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

      IT IS ORDERED AND ADJUDGED Judge Lynch's Findings and Recommendations are ADOPTED IN FULL; Plaintiff Lesley Fix's Motion for Summary Judgment is DENIED; and Defendant The Hartford Life and Accident Insurance Company's Cross Motion for Summary Judgment is GRANTED.

      Dated this 23rd day of June, 2017.

                                  TYLER P. GILMAN, CLERK

                                  By: /s/ Annie Puhrmann
                                  Annie Puhrmann, Deputy Clerk